Case 1:24-mj-00008-GMH   Document 1

Case: 1:24-mj-00008
Assigned To : Harvey, G. Michael
Assign. Date : 1/9/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

In 2023, the Federal Bureau of Investigation (FBI) began an investigation into a narcotics distribution network involving a suspected narcotics distributor subsequently identified as ANDRE FIELDS.  During the course of the investigation, undercover officers (UCs), working with the FBI, have repeatedly purchased narcotics from FIELDS in controlled purchases.  For example, on June 30, 2023, a controlled narcotics purchase was conducted with an undercover officer (UC) and FIELDS.  Prior to the narcotics transaction, the UC arranged to meet with FIELDS by calling FIELDS' cellular phone to arrange for the purchase of narcotics.  Later that day, the UC arrived at the intersection of 7th Street and Barnaby Road SE, Washington, DC.  FIELDS then contacted the UC via his cellular phone to say he was five minutes away.  Once FIELDS arrived, he provided the UC with a plastic baggie containing a white powdery substance in exchange for $3,000 in FBI pre-recorded funds.  The powder was later field tested using the TruNarc system, which detected the presence of Fentanyl, and was determined to weigh 30.8 grams, including its original packaging.  In total, in ten controlled purchases from April 2023 through November 2023, the UC has purchased approximately 167.9 grams of suspected Fentanyl as shown by testing using the TruNarc system.  The UC confirmed it was FIELDS who had sold him the narcotics by reviewing a known photograph of FIELDS.

Based on the foregoing facts, your affiant believes that there is probable cause to believe that FIELDS has committed violations of 21 U.S.C. 841(a)(1) and (b)(1)(c), which makes it a crime to distribute a mixture or substance containing a detectable amount of Fentanyl.

_____
MICHAEL BAUKNIGHT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  telephone, this 9th day of January, 2024.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE